1  cao.main@sanjoseca.gov
   RICHARD DOYLE, City Attorney (#88625)
2  NORA FRIMANN, Chief Trial Attorney (#93249)
   DAVID M. ROLLO, Senior Deputy City Attorney (#111998)
3  CLIFFORD S. GREENBERG, Senior Deputy City Attorney (#122612)
   Office of the City Attorney
4  200 East Santa Clara Street
   San Jose, California  95113-1905
5  Telephone:  (408) 535-1900

6  Attorneys for Defendants
   CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT,
7  OFFICER EDWARD CONOVER and OFFICER BRIAN SHAB

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11  DAVID JEREMIAH HAFLICH,              CASE NO.: C04-01579 JW

12            Plaintiff,

13       vs.                             **STIPULATION OF VOLUNTARY DISMISSAL**

14  CITY OF SAN JOSE, a municipality,
    SAN JOSE POLICE DEPARTMENT, a
15  department of a municipality, OFFICER
    CONOVER, an individual, OFFICER
16  SHAB, an individual, and DOES 1-100,

17            Defendants.

18

19       IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil

20  Procedure, Rule 41(a)(1), by and between plaintiff DAVID JEREMIAH HAFLICH, through

21  his attorney of record SHARONROSE CANNISTRACI, and all defendants who have

22  appeared in this action, through their counsel, DAVID M. ROLLO, as follows:

23       1.   This action was commenced on April 22, 2004.

24       2.   The action is not a class action, a receiver has not been appointed, and the
25            action is not governed by any statute of the United States that requires an
26            order of the court for dismissal.
27       3.   This action is hereby dismissed, in its entirety, with prejudice, all parties to
28            bear their own costs and fees incurred in this action.

                                          1

| | |
|---|---|
| 1  Dated: _____ | _____ |
| 2 | SHARONROSE CANNISTRACI |
|   | Attorney for Plaintiff |
| 3 | |
| 4 | |
| 5  Dated: September 26, 2005 | _____ |
| 6 | DAVID M. ROLLO, Senior Deputy City Attorney |
|   | Attorney for Defendants |

2

Stipulation of Voluntary Dismissal
C04-01579 JW

325461